IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   NO. 6:17CR37 |
| v. | § |
| | § |
| WAUKEEM TREVOR WILLIAMS (02) | § |

## **ELEMENTS OF THE OFFENSE**

### **Count 1**

Violation:                          21 U.S.C. § 841(a)(1) (possession with intent to
                                        distribute marijuana)

Penalty:                            Imprisonment of not more than 20 years, a fine not to
                                        exceed $1,000,000, or both.  A term of supervised
                                        release of at least 3 years in addition to such term of
                                        imprisonment.

Special Assessment:          $100.00

You are charged in Count 1 of the Information with possession with intent to

distribute marijuana.  The essential elements which must be proved to establish a

violation of this offense are:

FIRST:       That you knowingly possessed the controlled substance,

SECOND:   That the substance was in fact marijuana; and

THIRD:       That you possessed the substance with the intent to distribute it.

**COUNT 2**

| | |
|---|---|
| Violation: | 18 U.S.C. § 924(c) (use, carrying and possession of a firearm during and in furtherance of a drug trafficking crime). |
| Penalty: | Imprisonment for a term of not less than 5 years or more than life which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both.  A term of supervised release of not more than 5 years. |
| Special Assessment: | $100.00 |

You are charged in Count 2 of the Information with use, carrying, and possession of a firearm during and in furtherance of a drug trafficking crime.  The essential elements which must be proved to establish a violation of this offense are:

FIRST:     That you committed the crime alleged in Count 1; and

SECOND:  That you knowingly used, carried, and possessed a firearm during and in relation to the drug trafficking crime alleged in Count 1.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

/s/   *Mary Ann Cozby*
Mary Ann Cozby
Assistant United States Attorney
Texas Bar No. 02656020
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439
mary.ann.cozby@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this the 5th day of July, 2017, I, Mary Ann Cozby, Assistant United States

Attorney for the Eastern District of Texas, the attorney of record for the United States of

America herein, do certify that a true and correct copy of the foregoing instrument was

filed with the Clerk of the District Court using the CM/ECF system which sent

notification of such filing to all counsel of record.


*/s/ Mary Ann Cozby*
MARY ANN COZBY